**FILED**

APR 11 2019

Clerk, U.S. Bankruptcy,
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:19-bk-00039-CCJ
Chapter 7

In re:

Toni Donohan

**Debtor**

Motion to Reinstate Chapter 7 Bankruptcy

In January 2019 I hired Emanuel Damier to represent me in filing Bankruptcy with this court. I have paid Mr. Damier a total of $1,500 of a $2000 bill to provide this service. It has since come to my attention that although a reciept for the filing was entered no paperwork was actually filed. The foreclosure sale on my family home is currently scheduled to take place on April 16th at 9:00 A.M.

I am asking to have my case reinstated while I complete the proper paperwork and submit it to the court in order to save our home.

My spouse is medically retired from the Army after 15 years of service and is currenty unemployed. I have Lupus and am also unemployed. Losing our home would be devistating as we currently have two young children at home.

Toni Donoh

[Dodsmdef] [Dismissing for Deficiencies]

# EXHIBIT "A"

ORDERED.

Dated: January 24, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:19-bk-00039-CCJ
                                                                Chapter 7
Toni Doroban


_____Debtor*_____/

## ORDER DISMISSING CASE

THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by January 22, 2019 . The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate order of the Court.

Failure to file a master mailing matrix as required by Local Rule 1007-2(a)(1).

Failure to file any or all Schedules A-J as required.

Failure to file a properly signed Declaration Concerning Schedules.

Failure to file a Summary of Assets.

Failure to file a Statement of Your Monthly Income.

Failure to file Statement of Financial Affairs.

Accordingly, it is **ORDERED:**

1. The case is dismissed without a discharge.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

3. If the Debtor(s) files a motion for relief from this Order within the 14-day period, the automatic stay imposed by 11 U.S.C. § 362 and the stay of action against co-debtor by 11 U.S.C. § 1301 will remain in full force and effect until the Court rules on the Motion as filed.

4. All pending hearings are cancelled with the exception of any currently scheduled hearing on a Motion for Relief from Stay or on an Order to Show Cause over which the Court reserves jurisdiction.

5. The Debtor shall immediately pay to the Clerk, U.S. Bankruptcy Court, $ 335.00, by cashier's check or money order, for the balance of the filing fee as required by 28 U.S.C. § 1930.

6. The Trustee is discharged from any further duties.

Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.



IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND FOR
LAKE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO. 35-2017-CA-000897-AXXX-XX

NATIONSTAR MORTGAGE LLC,
      Plaintiff,

vs.

CHRISTOPHER C. DOROBAN AND
TONI DOROBAN , et. al.
      Defendant(s),
_____/

## PLAINTIFF'S MOTION TO RESCHEDULE FORECLOSURE SALE

    Plaintiff, NATIONSTAR MORTGAGE LLC, respectfully requests that the Court reschedule the foreclosure sale previously set in this action and states as follows:

1. On September 12, 2018, a Final Judgment of Foreclosure was entered in this action pursuant in which a foreclosure sale was scheduled for January 8, 2019.
2. On January 4, 2019, Defendant Toni Doroban filed for relief under Chapter 7 of the United States Bankruptcy Code in Case Number 19-bk-00039 thereby canceling sale set for January 8, 2019.
3. The bankruptcy case was dismissed on January 24, 2019. A copy of the Order is attached hereto as **Exhibit "A"**.

    **WHEREFORE**, Plaintiff respectfully requests that the court reschedule the foreclosure sale in this action.

                          ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                           Attorney for Plaintiff
                           6409 Congress Ave., Suite 100
                           Boca Raton, FL 33487
                           Telephone: 561-241-6901
                           Facsimile: 561-997-6909
                           Service Email: mail@rasflaw.com

                           By: _\S\Susan Sparks_
                                Susan Sparks, Esquire
                                Florida Bar No. 33626
                                Communication Email: ssparks@rasflaw.com

 

17-033193 - StS